**UNITED STATES DISTRIC COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Socket Solutions, LLC | |
|       Plaintiff, | |
|       v. | Case No. 1:23-CV-24517 RAR |
| Import Global, LLC, | JURY TRIAL DEMANDED |
|       Defendant. | |

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURES STATEMENT**

    I hereby disclose the following pursuant to the Court's Order dated December 22, 2023 (Dkt. 9) requiring the parties to file a Certificate of Interested Parties and Corporate Disclosure Statements:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Import Global, LLC

    b. Abe Habosha, Owner of Import Global, LLC.

    c. Mendy Lieberman, Esq.
    The Lieberman Law Firm, P.A.
    20801 Biscayne Blvd, Suite 304
    Miami, FL 33180

Page 2

      d. David Fink, Esq.
         7519 Apache Plume
         Houston, TX 77071

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including debtor, and member of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Import Global, LLC.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case and will immediately notify the Court in writing of any such conflict.

Date: January 3, 2024

                                                  Respectfully submitted,

                                                  */s/Mendy Lieberman*
                                                  Mendy Lieberman, Florida Bar 93226
                                                  The Lieberman Law Firm, P.A.
                                                  20801 Biscayne Blvd, Suite 304
                                                  Miami, FL 33180
                                                  Phone 1-305-682-8500
                                                  Cell 1-917-721-1162
                                                  Email mlieberman@sflatty.com

                                                  *Counsel for Import Global, LLC*